**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                             **DATE**: 6/22/2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                             **DOCKET#** 18-136

UNITED STATES OF AMERICA

       vs.

Nicole Pier

**APPEARANCES:**

Carolyn Silane, AUSA
David J. Altieri, Esq. for Defendant
Kimberly Artist, Probation Officer
Defendant present by video conference

**Nature of Proceedings**: RE-SENTENCING ON Count One of the information

Defendant sworn.
Defendant consented to participate by video conference.
Order issued.
Hearing as to the pending Rule 35B motion.
Court granted the motion.
Probation- 3 years
Special conditions:  8 months location monitoring, mental health treatment.
Special Assessment - $ 100.00 due immediately.
Defendant advised of right to appeal.
Fine waived.

**Time Commenced: 11:30**
**Time Adjourned: 12:30**
**Total Time: 1:00**

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY